**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RUBBY JAMES GRAY                                                 PLAINTIFF

v.                                3:16CV00288-KGB-JJV

MATT HALL,
Jail Administrator; *et al.*                                         DEFENDANTS

### ORDER

    Pending is Plaintiff's Complaint (Doc. No. 1). Mail sent by the Court to Plaintiff on October 27, 2016, has been returned as undeliverable. (Doc. No. 5.) Pursuant to Local Rule 5.5(c)(2), a *pro se* plaintiff must promptly notify the Clerk of the Court and the other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. If any communication from the Court is not responded to within thirty days, the case may be dismissed without prejudice. Accordingly, Plaintiff shall comply with Local Rule 5.5 within thirty days of the entry of this Order or I will recommend dismissal of this case.

    IT IS SO ORDERED this 8th day of November, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE