IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RUBBY JAMES GRAY**                                                                                          **PLAINTIFF**

v.                                          Case No. 3:16-cv-00288 KGB-JJV

**MATT HALL, Jail Administrator,**
**Craighead County Detention Facility,** *et al.*                                           **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 7). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is, therefore, ordered that plaintiff Rubby James Gray's claims against separate defendants Matt Hall and Officer Jefferson are dismissed without prejudice for failure to state a claim upon which relief may be granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 6th day of December, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE