IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RUBBY JAMES GRAY**                                                        **PLAINTIFF**

v.                  Case No. 3:16-cv-288 KGB

**J HALL**                                                       **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted to the Court by United States Magistrate Judge Joe J. Volpe (Dkt. No. 20). By previous Order, this Court extended the deadline to up to and including July 7, 2017, for plaintiff Rubby James Gray to file an objection to the Proposed Findings and Recommendations (Dkt. No. 26). Mr. Gray has not filed an objection to the Proposed Findings and Recommendations, and the time for filing an objection has passed.

Consequently, the Court determines that the Proposed Findings and Recommendations should be, and hereby are, adopted as this Court's findings in all respects (Dkt. No. 20). The Court dismisses without prejudice Mr. Gray's complaint for failure to prosecute pursuant to Local Rule 5.5(c)(2) (Dkt. No. 1).

It is so ordered this the 18th day of August, 2017.

_____
Kristine G. Baker
United States District Judge