IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RUBBY JAMES GRAY**                                                         **PLAINTIFF**

**v.**                          **Case No. 3:16-cv-288 KGB**

**J HALL**                                                       **DEFENDANT**

## **JUDGMENT**

Consistent with the Order entered on this date, it is considered, ordered, and adjudged, that plaintiff Rubby James Gray's complaint be dismissed without prejudice.

It is so adjudged this the 18th day of August, 2017.

_____
Kristine G. Baker
United States District Judge